UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEBRA DEE, | |
| | Case No. 2:11-cv-450-WCL-PRC |
| Plaintiff, | Hon. Paul R. Cherry |
| v. | |
| | **STIPULATION OF DISMISSAL** |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 7th day of March, 2012.

For Plaintiff, Debra Dee

  s/Marshall Meyers
Weisberg & Meyers, LLC
IN ND Bar 020584
Weisberg & Meyers, LLC
5025 N. Central Ave, #602
Phoenix, AZ 85012
Email:MMeyers@AttorneysForConsumers.com
Telephone: (888) 595-9111 ext. 111
Facsimile: (866) 565-1327 Fax

For Defendant, Diversified Collection Services, Inc.

  s/ Peter A. Velde
Knightlinger & Gray, LLP
151 N Delaware Street
Suite 600
Indianapolis IN 46204
Email: pvelde@k-glaw.com
Telephone: (317) 638-4521
Facsimile: (317) 636-5917

1

## CERTIFICATE OF SERVICE

I certify that on March 7, 2012, I electronically filed the foregoing STIPULATION OF DISMISSAL with the clerk of the U.S. District Court, Northern District of Indiana, Hammond Division, using the electronic case filing system of the court. A copy of the foregoing Notice sent electronically via the Court's ECF system on this 7th day of March, 2012 to: Mr. Peter A. Velde at: pvelde@k-glaw.com.

s/Marshall S. Meyers

Marshall S. Meyers
IN ND Bar 020584
Weisberg & Meyers, LLC
5025 N. Central Ave, #602
Phoenix, AZ 85012
Email:MMeyers@AttorneysForConsumers.com
Telephone: (888) 595-9111 ext. 111
Facsimile: (866) 565-1327 Fax
Attorneys for Plaintiff